the Sanitary Code in that the said defendant, on the 8th day of March, 1916, at the city of New York in the county of New York, unlawfully did have in his possession with intent to sell, offer for sale, give away, deal in and supply, certain medicinal preparations, intended for human use, which then and there contained wood naphtha, otherwise known as wood alcohol or methol alcohol.

*Hyacinthe Ringrose* for appellant.

*Lamar Hardy, Corporation Counsel (Terence Farley and Leon N. Futter of counsel), for respondent.*

Judgment affirmed, no opinion.
Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, MCLAUGHLIN and ANDREWS, JJ.

---

AUSTIN D. LORD et al., Copartners under the Firm Name of LORD & HEWLETT, Appellants, *v.* THE CITY OF NEW YORK, Respondent.

*Lord v. City of New York*, 171 App. Div. 140, affirmed.
(Argued October 8, 1917; decided October 23, 1917.)

APPEAL from a judgment entered March 23, 1916, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiffs entered upon a verdict directed by the court upon the first cause of action set forth in their complaint and dismissing the complaint as to it. Also appeal, by permission, from such judgment in so far as it affirms the judgment of the Trial Term dismissing the second cause of action set forth in the complaint. The action was to recover upon a contract for services in preparing plans and specifications for a court house and municipal building in the borough of Brooklyn. The defendant contended that the estimated cost based on

the plans and specifications prepared, instead of being well within the total appropriation, exceeded it by $2,800,000 and that by reason thereof the plaintiffs failed to bring themselves within the terms of their employment and could not recover.

*Jeremiah T. Mahoney, Robert F. Wagner* and *Vincent L. Leibell* for appellants.

*Lamar Hardy, Corporation Counsel* (*Terence Farley* and *E. Crosby Kindleberger* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND and ANDREWS, JJ. Not sitting: MCLAUGHLIN, J.